| | |
|---|---|
| 1 | Carolyn D. Phillips #103045 |
| | Attorney at Law |
| 2 | P.O. Box 5622 |
| | Fresno, California  93755-5622 |
| 3 | 559/248-9833 |
| 4 | Attorney for Robert Van Hoek |

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07-mj-00225 SMS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESET HEARING DATE** |
| vs. | ) | |
| | ) | |
| ROBERT VANHOEK, | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE to reset the hearing currently set in this matter for February 7, 2008, to March 6, 2008 at 10:00 a.m., for the convenience of the parties and their counsel.

Dated:  February 6, 2008                McGREGOR W. SCOTT
                                        United States Attorney


                                        By:    /s/ Mary Steffora
                                               MARY STEFFORA
                                               Certified law Student


Dated:  February 6, 2008                       /s/ Carolyn D. Phillips
                                               CAROLYN D. PHILLIPS
                                               Attorney for Defendant Robert VanHoek

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. VANHOEK, 1:07-mj -00225 SMS* 1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3

## ORDER

4

5   IT IS ORDERED that the sentencing hearing in the matter of <u>United States v.</u>

6   <u>VanHoek</u>, Case No. 1:07-mj-225 be reset from FEBRUARY 7, 2008 at 10:00 a.m., to

7   MARCH 6, 2008, at 10:00 a.m.

8

9   Dated:   <u>2/6/2008</u>           <u>/s/ Sandra M. Snyder</u>
                                     SANDRA M. SNYDER, Judge
10                                   United States District Court
                                     Eastern District of California

11
12
13
14
15
16
17
18
19
20
21
22

23  *Stipulation and Order to Reset Hearing Date;*
    *U.S. v. VANHOEK, 1:07-mj -00225 SMS* 2

PDF created with pdfFactory trial version www.pdffactory.com