Carolyn D. Phillips # 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559) 248-9833

Attorney for defendant ROBERT L. VAN HOEK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07-mj-225-1 SMS |
| Plaintiff, | ) | ORDER |
| | ) | GRANTING DEFENDANT'S |
| v. | ) | WAIVER OF APPEARANCE |
| | ) | AND ORDER TO WITHDRAW |
| | ) | THE BENCH WARRANT |
| | ) | |
| ROBERT L. VAN HOEK, | ) | Date: April 9, 2009 |
| | ) | Time: 10 a.m. |
| _____ Defendant.\_\_ _____ | ) | Hon. Judge Dennis L. Beck |

The Court having reviewed defendant VanHoek's request that his personal appearance not be required at the hearing set for 10:00 a.m., on April 9, 2009 before the Honorable Dennis L. Beck pursuant to his previous waiver is, HEREBY GRANTED.

It is further ordered that the bench warrant which was issued by Judge Austin as a result of Mr. VanHoek's failure to appear on March 26, 2009 IS HEREBY WITHDRAWN.

Dated: 4/9/2009     /s/ Sandra M. Snyder for
                    Hon. Dennis L. Beck
                    Judge of the United States District Court

*Order Granting Defendant's Waiver of Appearance and Withdrawal of Bench Warrant, U.S. v. VanHoek, No. 1:07-mj-225-1 SMS*

PDF created with pdfFactory trial version www.pdffactory.com