```
Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Robert VanHoek
```

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-mj-00225 SMS |
| ) | |
| ) | STIPULATION AND ORDER |
| Plaintiff, ) | TO RESET HEARING DATE |
| v. ) | |
| ) | |
| ROBERT VANHOEK, ) | Date:  August 5, 2010 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Sandra M. Snyder |

THE PARITES HEREBY STIPULATE through their respective attorneys of record herein, to reset the status conference currently scheduled for August 5, 2010, to **August, 26, 2010** at 10:00 a.m., as counsel for the defendant will be out of town and unavailable from August 1 to August 6, and August 9 through August 13, 2010.

Dated:     July 27, 2010                    Respectfully submitted,

                                           /s/ Carolyn D. Phillips
                                         _____
         CAROLYN D. PHILLIPS
                                           Attorney for Robert VanHoek

*Stipulation and Order To Reset Hearing Date;*
 *U. S. v. Robert VanHoek*, *Case No. 1:07-mj-00225 SMS*                      1

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:     July 27, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Laurel Montoya
                                            By:  LAUREL MONTOYA
                                            Assistant U.S. Attorney
```

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT if defendant has completed ALL Community Service, than his appearance is waived for the hearing on August 26, 2010 at 10:00 am.  **Community Service NOT completed, then defendant is ORDERED to appear in person.**

Dated:  August 1, 2010              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

*Stipulation and Order To Reset Hearing Date;*
*U. S. v. Robert VanHoek, Case No. 1:07-mj-00225 SMS*

PDF created with pdfFactory trial version www.pdffactory.com