# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ROBERT L. VANHOEK** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:07MJ00225-001** |
| **Date of Original Judgment:** April 10, 2008<br>(Or Date of Last Amended Judgment) | Carolyn D. Phillips<br>Defendant's Attorney |

**Reason for Amendment:**

[ ] Correction of Sentence on Remand (Fed R. Crim. P. 35(a))

[ ] Reduction of Sentence for Changed Circumstances
    (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed. R. Crim P. 35(c))

[ ] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

[✔] Modification of Supervision Conditions (18 U.S.C. §3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and
    Compelling Reasons (18 U.S.C.§3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive
    Amendment(s) to the Sentencing Guidelines (18 U.S.C.§3582(c)(2))

[ ] Direct Motion to District Court Pursuant to  [ ] 28 U.S.C. §2255
    [ ] 18 U.S.C. §3559(c)(7),    [ ] Modification of Restitution Order

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): <u>ONE of the Information</u>.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 2.35(b)(2) | POSSESSION OF A CONTROLLED SUBSTANCE (Class B Misdemeanor) | September 2, 2007 | ONE |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔] Count(s) <u>TWO of the Information</u> (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.        [✔] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

|   |
|---|
| August 26, 2010 |
| Date of Imposition of Judgment |
|   |
| /s/ Gary S. Austin |
| Signature of Judicial Officer |
|   |
| **GARY S. AUSTIN**, United States Magistrate Judge |
| Name & Title of Judicial Officer |
|   |
| September 2, 2010 |
| Date |

CASE NUMBER: 1:07MJ00225-001  Judgment - Page 2 of 5
DEFENDANT: ROBERT L. VANHOEK

# UNSUPERVISED PROBATION

The defendant is hereby sentenced to UNSUPERVISED probation for a term of TWO (2) YEARS*.

***Amended as of March 4, 2010**: The court hereby orders the following- The term of unsupervised probation heretofore granted on April 10, 2008 is hereby extended to September 27, 2010**.

**** Amended as of August 26, 2010**: The court hereby orders the following- The term of unsupervised probation heretofore granted on March 4, 2010 is hereby extended to February 1, 2011.

[✔] The defendant shall not commit another federal, state, or local crime. (Check, if applicable.)

[ ] The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month. (Check, if applicable.)

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[ ] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ] The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ] The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION
# (NOT APPLICABLE)

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF UNSUPERVISED PROBATION

1. The defendant shall complete fifty (50) hours of community service by March 26, 2010 .

2. The defendant shall pay a fine in the amount of $1,500.00; Special Assessment of $10.00 for a total of $1,510.00; payments of $50.00 a month commencing April 5, 2008 and due on the 5 of each month thereafter. The remaining balance shall be due as a balloon payment at the completion of the two year period, on or before  March 26, 2010. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to the Clerk, U.S.D.C., 2500 Tulare Street, Room 1501, Fresno, California 93721.

3. The defendant is ordered to obey all laws.

4. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation  officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds  for revocation. The defendant shall warn any other residents that the premises may be subject to searches  pursuant to this condition.

5. A REVIEW hearing has been set for the defendant on March 26, 2009 at 10:00 a.m. before Magistrate Judge Austin. If proof of compliance is submitted prior to hearing, counsel for defendant may appear telephonically.

*AMENDMENTS ORDERED September 10, 2009:*

1. As to **Special Condition 4** Ordered April 10, 2008: Condition is ORDERED STRICKEN.

*AMENDMENTS ORDERED January 14, 2010:*

1. As to **Special Condition 2** Ordered April 10, 2008:  To date, defendant has paid $125.00 of the $1,510.00 criminal monetary penalties ordered.  The court ORDERS the defendant to pay $800.00, for a total of $925.00, and CONVERTS the remaining criminal monetary penalties, $585.00, to fifty eight (58) hours of community  service.

2. A REVIEW hearing has been set for the defendant on March 4, 2010 at 10:00 a.m. in Courtroom 7 before Magistrate Judge Sandra M. Snyder.  The defendant is ordered to appear at this hearing as probation may be extended.

*AMENDMENTS ORDERED August 26, 2010:*

1. As to **Special Condition 2** Ordered April 10, 2008 and Modified January 14, 2010:   To date, defendant has completed thirty three (33) of the fifty eight (58) community service hours ordered January 14, 2010.  On defendant's motion, the community service hours heretofore ordered on January 14, 2010 are hereby CONVERTED to a fine in the amount of $330.00, to be paid in full by January 1, 2011.

2. A REVIEW hearing has been set for the defendant on January 13, 2011 at 10:00 a.m. before Magistrate Judge Gary S. Austin.  If defendant has paid the $330.00 fine in full by this date, defendants personal appearance at the review hearing is waived, otherwise, defendant must appear.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties     Case 1:07-mj-00225-SMS   Document 28   Filed 09/02/10   Page 4 of 5

CASE NUMBER:                                                                                          Judgment - Page 4 of 5
DEFENDANT:

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|         | Assessment | Fine         | Restitution |
|---------|------------|--------------|-------------|
| Totals: | $ 10.00*   | $ 1,500.00*  | $ N/A       |
|         |            | $ 330.00**   |             |

**\*Amended January 14, 2010:** The Court reduces the TOTAL monetary penalties to $925.00 and CONVERTS the remaining $585.00 to fifty eight (58) hours of community service.

**\*\*Amended August 26, 2010:** The Court CONVERTS thirty three (33) of the fifty eight (58) hours ordered on January 14, 2010 to a Fine of $330.00.

[] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS: | $ ___ | $ ___ | |

[] Restitution amount ordered pursuant to plea agreement $ ___

[] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  [] The interest requirement is waived for the     [] fine     [] restitution

  [] The interest requirement for the [] fine    [] restitution is modified as follows:

[] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[] If incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

\*\*\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

**A**  [✔]   Lump sum payment of $ __330.00__ due immediately, balance due

  [✔]   not later than __January 1, 2011__ , or

  []   in accordance with   [] C,   [] D,   [] E, or  [] F below; or

**B**  []  Payment to begin immediately (may be combined with   [] C,   [] D, or  [] F below); or

**C**  []  Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  []  Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  []  Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  []  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[]  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


[]   The defendant shall pay the cost of prosecution.

[]   The defendant shall pay the following court cost(s):

[]   The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.